JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MAVRIX PHOTOGRAPHS LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TREND HUNTER INC., a Canadian corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:17-cv-08703-FMO-SK<br>Hon. Fernando M. Olguin<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed: December 1, 2017 |

**ORDER**

| | |
|---|---|
| 1 | The Court, having considered the parties' Stipulation, hereby dismisses this action |
| 2 | with prejudice, with each party to bear its attorneys' fees and costs. |

Dated: January 30, 2019

                                                /s/
                                    Fernando M. Olguin
                                    United States District Judge